Fill in this information to identify the case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | DiaCarta, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-5092515 |

4. Debtor's address

**Principal place of business**

3857 Breakwater Avenue
Hayward, CA 94545
Number, Street, City, State & ZIP Code

Alameda
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)   https://www.diacarta.com

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    **DiaCarta, Inc.**                                    Case number (*if known*)
         Name

7. **Describe debtor's business**    A. *Check one:*

   ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

       ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   | District | _____ | When | _____ | Case number | _____ |
   | District | _____ | When | _____ | Case number | _____ |

| Debtor | DiaCarta, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property? _____
   Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case: 25-41215    Doc# 1    Filed: 07/10/25    Entered: 07/10/25 18:25:17    Page 3 of 16
Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3

Debtor  DiaCarta, Inc.                                           Case number (*if known*)
         Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/10/2025
              MM / DD / YYYY

X _____      Aiguo Zhang
Signature of authorized representative of debtor      Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

X _____      Date 07/10/2025
Signature of attorney for debtor              MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone   (310) 271-6223      Email address   michael.berger@bankruptcypower.com

100291 CA
Bar number and State

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alpha, Inc.<br>attn: Rui Ye<br>19 Bramante Ct<br>Oakley, CA 94561 | | Vendor | | | | $13,700.00 |
| Anne K. Vallerga<br>24 Norman Way, Ste D<br>Belvedere Tiburon, CA 94920 | | Vendor | | | | $20,000.00 |
| Arena Hoffman LLC<br>44 Montgomery St., Suite 1670<br>San Francisco, CA 94104 | | Vendor | | | | $27,771.00 |
| Biopromind, Inc.<br>2600 Hilltop Dr,<br>Building A-160<br>Richmond, CA 94806 | | Vendor | | | | $16,718.00 |
| Campbells<br>Floor 4, Willow House, Cricket Square<br>Brand Cayman KY1-9010 | | Vendor | | | | $10,112.00 |
| Deloitte Tax LLP<br>PO Box 844708<br>Dallas, TX 75284-4708 | | Vendor | | | | $77,760.00 |
| Hopyard Road Portfolio, LLC<br>c/o Tarlton Properties, Inc.<br>1530 O'Brien Drive, Suite C<br>Menlo Park, CA 94025 | | unlawful detainer judgment | | | | $720,000.00 |

Debtor  DiaCarta, Inc.                                            Case number (if known)
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Illumina<br>12864 Collection Center Dr<br>Chicago, IL 60693 | | Vendor | | | | $17,157.00 |
| King C. Lee<br>78 Fallon Drive, North<br>North Haven, CT 06473 | | Vendor | | | | $18,573.00 |
| Life Technologies<br>12088 Collections Center Dr.<br>818 | | Vendor | | | | $31,826.00 |
| Mark Lu<br>10 Silver Maple Place<br>Novato, CA 94949 | | Vendor | | | | $10,000.00 |
| Mauro Scimia<br>t Via dei Faggi no.2<br>Bracciano RM<br>Italy  00062 | | Vendor | | | | $20,456.00 |
| Nonagen Bioscience<br>3680 Wilshire Blvd Ste P04 - 1399<br>Los Angeles, CA 90010 | | Accrued Commission | | | | $13,335.00 |
| Paul Okunieff, MD<br>4010 SW 93rd Drive<br>Gainesville, FL 32608 | | Vendor | | | | $35,000.00 |
| Pick Up & Go<br>18011 Wimberly Heights Dr<br>Cypress, TX 77433 | | Accrued Commission | | | | $11,070.00 |
| PinSpot Digital Marketing<br>635 Saint Francis Blvd<br>Daly City, CA 94015 | | Accrued Commission | | | | $14,750.00 |
| Roberta M. Madej<br>18672 E. Cavendish Dr.<br>Castro Valley, CA 94552 | | Vendor | | | | $19,250.00 |
| Sen Gao<br>4265 McKellar Ln<br>Palo Alto, CA 94306 | | Wages | | | | $37,808.00 |
| Wayne Tsang<br>1111 S Grand Ave. #1110<br>Los Angeles, CA 90015 | | Accrued Commission | | | | $13,335.00 |

Debtor  DiaCarta, Inc.
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wei Liu<br>122 Montevina Way<br>Hayward, CA 94545 | | Wages | | | | $17,446.00 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                         Case No.

    DiaCarta, Inc.


_____ Debtor(s). /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __7__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 7/10/2025

_____
Signature of Debtor's Attorney or Pro Per Debtor

A&P Callibrations, Inc.
6920 Koll Center PKWY Ste 223
Pleasanton, CA 94566


Agilent Technologies, Inc.
PO Box 742108
Los Angeles, CA 90074-2108


Aiguo Zhang
9949 Mangos Drive
San Ramon, CA 94583


Aiguo Zhang and Jiankun Zhang Trust
9949 Mangos Drive
San Ramon, CA 94583


Alpha, Inc.
attn: Rui Ye
19 Bramante Ct
Oakley, CA 94561


Anne K. Vallerga
24 Norman Way, Ste D
Belvedere Tiburon, CA 94920


Arena Hoffman LLC
44 Montgomery St., Suite 1670
San Francisco, CA 94104


Axella Research, LLC
22 Perry Rd.
Edison, NJ 08817

Best Partner Travel
479 Anita Dr, Millbrae
Millbrae, CA 94030


Biopromind, Inc.
2600 Hilltop Dr, Building A-160
Richmond, CA 94806


Campbells
Floor 4, Willow House, Cricket Square
Brand Cayman
KY1-9010


Comtron, Inc.
11 Grace Avenue Suite 208
Great Neck, NY 11021


Deloitte Tax LLP
PO Box 844708
Dallas, TX 75284-4708


Dream Big Health
5341 W 82nd Ave
Arvada, CO 80003


Effie Ho
2851 Jefferson Ln
Concord, CA 94519


Giselle Antonio
208 Saint Croix Ct
Oak Park, CA 91377

Hopyard Road Portfolio, LLC
c/o Tarlton Properties, Inc.
1530 O'Brien Drive, Suite C
Menlo Park, CA 94025


Hopyard Road Portfolio, LLC
c/o Jay M. Ross, Esq.
331211 Lathrop GPM LLP
70 S. First Street
San Jose, CA 95113


Huber & Schuessler
Truderinger Str. 246
München, Germany 81825


Illumina
12864 Collection Center Dr
Chicago, IL 60693


Jiankun Zhang
9949 Mangos Drive
San Ramon, CA 94583


King C. Lee
78 Fallon Drive, North
North Haven, CT 06473


Life Technologies
12088 Collections Center Dr.
818


Linsheng Long (Jin He)
12088 Collections Center Dr.
Chicago, IL 60693

Luminex
P.O. Box 844222
Dallas, TX 75284


Mark Lu
10 Silver Maple Place
Novato, CA 94949


Mauro Scimia
t Via dei Faggi no.2
Bracciano RM
Italy 00062


Maya Jaros
5118 W Neptune Way
Tampa, FL 33609


Medical Device Safety Service
MDSS,Schiffgraben 41
Hannover
Germany


More Health, Inc.
1875 S Grant St. Ste 550
San Mateo, CA 94402


Muri Consulting LLC
923 Steubenville Pike
Burgettstown, PA 15021


Nonagen Bioscience
3680 Wilshire Blvd Ste P04 - 1399
Los Angeles, CA 90010

Paul Okunieff, MD
4010 SW 93rd Drive
Gainesville, FL 32608


Paul Orunieff
4010 SW 93rd Drive
Gainesville, FL 32608


PHS Medical
600 E Ocean Blvd Suite 505
Whittier, CA 90602


Pick Up & Go
18011 Wimberly Heights Dr
Cypress, TX 77433


PinSpot Digital Marketing
635 Saint Francis Blvd
Daly City, CA 94015


PRN Paramedical Company, Inc.
5246 Mission St
San Francisco, CA 94112


Ramanathan Vairavan
1647 Andorre Glen
Escondido, CA 92029


Reliant Dry Ice, Ltd.
P.O. Box 670608
Dallas, TX 75267

Roberta M. Madej
18672 E. Cavendish Dr.
Castro Valley, CA 94552


Roche
PO Box 660367
Dallas, TX 75266-0367


Sallop Insurance Inc.
25 New Chardon Street, 5th Floor
Boston, MA 02114


Sen Gao
4265 McKellar Ln
Palo Alto, CA 94306


Simone Scimia
t Via dei Faggi no.2
 Bracciano (RM)
Italy 00062


Spartan Crown Investments LLC
1309 Coffeen Ave
Sheridan, WY 82801


St. John Design Group
19 Bean Hill  LN
Ithaca, NY 14850


SVBM
11502 Marwick Dr.
Dublin, CA 94568

Terminal Be Design
6802 Schindler Drive South
Monmouth Junction, NJ 08852


US Diagnostics
1660 Clay St
Santa Clara, CA 95050


Vestis Aramark Uniform
PO Box 101179
Pasadena, CA 91189


Vista International Expansion Ltd.
Highlands House, Basingstoke Road
Spencer's Wood
Reading, RG7 1NT, U.K.


Wayne Tsang
1111 S Grand Ave. #1110
Los Angeles, CA 90015


WCG IRB
2010 Pioneer Ct
San Mateo, CA 94403


Wei Liu
122 Montevina Way
Hayward, CA 94545


Xiamen Higia Medical Technology Co., Ltd
Room 401,71-7 Houxiang Road
Haicang District, Xiamen
Fujian, China, 361000